# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

JASON A.

PLAINTIFF,

v.

ANDREW SAUL

DEFENDANT.

CASE NUMBER

20cv1073-RBB

**ORDER RE REQUEST TO PROCEED**
*IN FORMA PAUPERIS*

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

7/7/2020
Date

*[signature: Ruben Brooks]*
United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency
☐ Legally and/or factually patently frivolous
☐ Other: _____

☐ District Court lacks jurisdiction
☐ Immunity as to _____

Comments:

Date

United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED

☐ DENIED (see comments above). IT IS FURTHER ORDERED that:

   ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
   ☐ This case is hereby DISMISSED immediately.
   ☐ This case is hereby REMANDED to state court.

Date

United States District Judge